IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 10-cv-00057-REB-CBS

WILDEARTH GUARDIANS,

      Plaintiff,

v.

KEN SALAZAR,
in his official capacity as United States Secretary of the Interior,

      Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Defendant's Unopposed Motion to Temporarily Stay All Proceedings (*doc. # 28)* is GRANTED. This matter is hereby STAYED until the Judicial Panel on Multidistrict Litigation decides Defendant's Motion to Transfer Actions filed on March 29, 2010.

      IT IS FURTHER ORDERED that upon receipt of the Judicial Panel's decision, counsel for Defendant shall file a notice with the court, and counsel for the parties shall promptly confer and, if necessary, file a status report with the Court.


**DATED:**      April 13, 2010